# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN RUSSO MARCHAND, ET AL

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL

NO.   2020 CW 0563

**SEP 2 3 2020**

---

In Re:   Zurich American Insurance Company, Steadfast Insurance
Company and American Guarantee & Liability Insurance
Company, applying for supervisory writs, 23rd Judicial
District Court, Parish of Assumption, No. 34270.

---

**BEFORE:   GUIDRY, WELCH, AND PENZATO, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMG**
**JEW**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT